BEFORE THE THIRD DIVISION, DECEMBER 29, 1943

**No. 49078.**—Protest 98863–K of F. H. Leggett & Co. (New York).

Opinion by KEEFE, J.   At the trial it was stipulated between counsel that the merchandise was not imported and that the customs regulations relating to non-importation had been complied with by the importer.   The collector was therefore directed to reliquidate the entry and make refund accordingly.

**No. 49079.**—Protest 98371–K of Olavarria & Co., Inc. (Philadelphia).

Opinion by KEEFE, J.   It was stipulated that there was a shortage of the 77 bags in question and that the collector's office made no adjustment because the 90-day period in which he may review his action had expired before completion of the investigation by customs officials.   The protest was therefore sustained.

**No. 49080.**—Protest 38950–K of Geo. A. Street & Co. (Philadelphia).

Opinion by KEEFE, J.   From an examination of the papers the court was unable to find anything sufficient to overcome the presumption of correctness attaching to the collector's action.   The protest was therefore overruled.

**No. 49081.**—Protest 100053–K of Leacock & Co., Inc. (New York).

Opinion by KEEFE, J.   From an examination of the papers the court was unable to find anything sufficient to overcome the presumption of correctness attaching to the collector's action.   The protest was therefore overruled.

**No. 49082.**—Protest 98374–K of Koons, Wilson & Co. (Philadelphia).

Opinion by KEEFE, J.   An examination of the entry papers revealed that the protest was not filed with the collector until 61 days after liquidation.   In view of section 514, Tariff Act of 1930, it was held that the protest was untimely and it was therefore dismissed for want of jurisdiction.